AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KATIE WIGGINS
*also known as* Katie Conerly

    Plaintiff(s)

v.                                     **Civil Action No. 3:16-cv-377**

FRANCISCAN PHYSICIAN MANAGEMENT CORPORATION
*doing business as*
Franciscan Physician Network

    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: JUDGMENT is entered in favor of the Defendant, Franciscan Physician Management Corporation and against the Plaintiff, Katie Wiggins.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Jon E. DeGuilio on a Motion for Summary Judgment

DATE:    April 3, 2018                 ROBERT TRGOVICH, CLERK OF COURT
                                                  by    /s/Jason Schrader
                                                             *Signature of Clerk or Deputy Clerk*